UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22858-CIV-GRAHAM/O'SULLIVAN

JOLENE GUNTER,

    Plaintiff,

v.

READERS SERVICE CENTER.
INC., a Florida Corporation,
JAMES R. GRIFFIN and TERESA
GRIFFIN, individuals, both jointly and
severally,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS MATTER came before the Court *sua sponte* following notice from the parties that the case has settled and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides

are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

The Court finds that the compromise reached by the parties under the terms of the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement is hereby APPROVED. It is further

**ORDERED AND ADJUDGED** that the parties shall file the appropriate documentation with the Court on or before April 16, 2007, or this case will be DISMISSED WITH PREJUDICE. It is further

**ORDERED AND ADJUDGED** that the status conference set for March 28, 2007 before the Honorable Donald L. Graham is hereby cancelled.

DONE AND ORDERED, in Chambers, at Miami, Florida this **19th** day of March, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. District Judge Graham
All counsel of record